# Court of Appeals
# of the State of Georgia

ATLANTA,____May 19, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A0738. TURNER v. THE STATE.

The state's motion to dismiss the above-styled appeal is granted and the appeal is hereby dismissed.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____05/19/2015_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*